UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY VIED, Personal Representative of the
DONNA LEE, DECEASED; MARY VIED,
Personal Representative of the ESTATE OF
JENNIFER LEE, DECEASED;  MARY VIED as
Next Friend of  KL A MINOR, and
NICHOLAS LEE,  individually;

    Plaintiffs,

vs.

CONTINENTAL TIRE NORTH AMERICA, INC.,
a foreign corporation,

    Defendant.

Case No. 09-13734

Judge Patrick Duggan

_____

| | |
|---|---|
| ROBERT H. DARLING (P25523) | EDWARD KRONK  (P16258) |
| SOMMERS SCHWARTZ, P.C. | MAUREEN T. TAYLOR   (P63547) |
| Attorney for Plaintiff s | Attorney for Defendant Continental Tire NA |
| 2000 Town Center, Suite 900 | 401 South Old Woodward, Suite 400 |
| Southfield, MI  48075-1100 | Birmingham, MI  48009 |
| (248) 355-0300 / (248) 936-2125 (Fax) | (248)  971-1719; (248)  971-1801  (Fax) |
| rdarling@sommerspc.com | kronk@bwst-law.com |

_____

### ORDER APPOINTING GUARDIAN AD LITEM

At a session of said Court held in the City of Detroit, County
of Wayne, State of Michigan, on April 27, 2011.
PRESENT:  HON. PATRICK J. DUGGAN
U. S. DISTRICT JUDGE

Upon review of Plaintiffs' Petition for Appointment of Guardian ad Litem for Minor Plaintiff, Katelyn Lee, age 6, and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Howard T. Linden, Esquire be appointed Guardian ad Litem for Katelyn Lee, a minor, for purposes of protecting the minor's interests in the

hearing to enter an Order authorizing payment of attorney fees and costs and authority to distribute proceeds.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: April 27, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, April 27, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager