UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY VIED, Personal Representative of the
DONNA LEE, DECEASED; MARY VIED,
Personal Representative of the ESTATE OF
JENNIFER LEE, DECEASED;  MARY VIED as
Next Friend of  KL A MINOR, and
NICHOLAS LEE,  individually;

       Plaintiffs,

                                     Case No. 09-13734

vs.

                                     Judge Patrick Duggan

CONTINENTAL TIRE NORTH AMERICA, INC.,
a foreign corporation,

       Defendants.
_____

ROBERT H. DARLING (P25523)      EDWARD KRONK  (P16258)
SOMMERS SCHWARTZ, P.C.        MAUREEN T. TAYLOR   (P63547)
Attorney for Plaintiff             Attorney for Defendant Continental Tire NA
2000 Town Center, Suite 900      401 South Old Woodward, Suite 400
Southfield, MI  48075-1100       Birmingham, MI  48009
(248) 355-0300 / (248) 936-2125 (Fax)  (248)  971-1719
rdarling@sommerspc.com        kronk@bwst-law.com

_____

### STIPULATED ORDER APPROVING WRONGFUL DEATH SETTLEMENT, GRANTING AUTHORITY TO MARY VIED TO SIGN SETTLEMENT DOCUMENTS ON BEHALF OF THE ESTATE AND THE MINOR, PAYMENT OF ATTORNEY FEES AND APPROVING DISTRIBUTION

At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan, on June 13, 2011.

PRESENT:  HON. PATRICK J. DUGGAN
                    U.S. District Court Judge

This matter having come on for hearing before this Honorable Court, the parties having

reached a settlement subject to this Court's approval, testimony having been taken at length on

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER  •  SUITE 900  •  SOUTHFIELD, MICHIGAN 48075  •  (248) 355-0300

the record from the Personal Representative of the Estate, the report of the court-appointed guardian ad litem having been reviewed by this Court, and this Court finding that the settlement reached was in the best interests of the Estate, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the settlement proposed by the parties is hereby approved.  That none of said amount is being received by the Estate as reimbursement for conscious pain and suffering;

IT IS FURTHER ORDERED that the Personal Representative of the Estate shall be authorized and empowered to reimburse the Law Firm of SOMMERS SCHWARTZ, P.C. for costs advanced and to pay attorney fees, which this Court deems to be fair and reasonable in view of the nature of this cause and commensurate with the contingency fee agreement entered into for services rendered in connection with this wrongful death claim, as shown on **Exhibit A**, presented to this Court, but not available for public review.

IT IS FURTHER ORDERED that Mary Vied, the Personal Representative of the Estate, and guardian for the minor, be and hereby is authorized on behalf of the estate, the next of kin, and the minor, to execute any and all documents including but not limited to the Release and Settlement Agreement, necessary to effectuate the settlement of this claim including any and all releases, settlement and indemnification documents;

IT IS FURTHER ORDERED that, upon execution by the Plaintiffs of the Confidential Settlement Agreement, Release and Indemnity Agreement, and entry of an Order of Dismissal with prejudice,  the distribution of the net wrongful death proceeds  shall be distributed as set forth on **Exhibit A**, which was reviewed by the Court, but not to be made available for public review.

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER  •  SUITE 900  •  SOUTHFIELD, MICHIGAN 48075  •  (248) 355-0300

This Order resolves the last issue, but does not close this case. The parties shall submit a proposed Order of dismissal with prejudice upon the exchange of final settlement documents.


       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: June 13, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, June 13, 2011, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager

Stipulated and agreed:


By:  s/ Robert Darling   P25523
Attorney for Plaintiffs
2000 Town Center, Suite 900
Southfield, MI   48075
(248)  355-0300
rdarling@sommerspc.com


By:   s/ Edward Kronk   P16258
Attorney for Defendant
401 South Old Woodward, Suite 400
Birmingham, MI  48009
(248)  971-1719
kronk@bwst-law.com

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

3