UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY VIED, Personal Representative of the DONNA LEE, DECEASED; MARY VIED, Personal Representative of the ESTATE OF JENNIFER LEE, DECEASED; MARY VIED as Next Friend of KATELYLN LEE, A MINOR, and NICHOLAS LEE, individually, <br><br>    Plaintiffs, <br>  v. <br><br> CONTINENTAL TIRE NORTH AMERICA, INC., a foreign corporation, and CONTINENTAL AG, a foreign corporation, <br><br>    Defendants. | Case No.  2:09-cv-13734 <br> Hon. Patrick J. Duggan |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised that the parties have resolved this matter and have agreed that this matter and all of Plaintiffs' claims against Defendants should be dismissed with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case and all of Plaintiffs' claims against Defendants Continental Tire North America, Inc., now known as Continental Tire the Americas, LLC, and Continental AG are dismissed in their entirety as to all parties, with prejudice and without costs, expenses, interest, or attorney fees as to any party; this order closes the case.

IT IS SO ORDERED.


            s/Patrick J. Duggan
            Patrick J. Duggan
            United States District Judge

Dated: June 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, June 20, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager

**We stipulate to the entry of this Order:**

| SOMMERS SCHWARTZ, P.C. | BROOKS WILKINS SHARKEY & TURCO PLLC |
|---|---|
| By: s/Robert H. Darling | By: s/Edward M. Kronk |
| Robert H. Darling (P25523) | Edward M. Kronk (P16258) |
| 2000 Town Center, Suite 900 | Herbert C. Donovan (P51939) |
| Southfield, Michigan 48075-1100 | Maureen T. Taylor (P63547) |
| (248) 355-0300 | 401 S. Old Woodward, Suite 460 |
| rdarling@sommerspc.com | Birmingham, Michigan 48009 |
| | (248) 971-1800 |
| | Kronk@bwst-law.com |
| | Donovan@bwst-law.com |
| | Taylor@bwst-law.com |